IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Macedo Flores Austreberta
vs
Bureau of Prisons
Warden of Hazleton Adams Complex
Mrs Wards
Ms Compton
Mr Toner
Medical Staff at SFF Hazleton
From June 13, 2020 - 4/10/2023

Case # 5:23-cv-142
Bailey, Mazzone, Prince

FILED
APR 14 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

This motion is filed under Title 42 Chapter 21 1983. Due Process, Scope of Protection Cruel and Unusual Punishment and Bill of Rights. 28 USC 1331

And Now Comes Petitioner Macedo Flores Austreberto Inmate Number 46670-177, Pro Se. Filing this Petition with this Honorable Court with an Interpretor and the Assistance of a Legal Secretary.

Petitioner arrived at Secure Female Facility Hazleton on May 12, 2014. Petitioner only Speaks Spanish She does not Read Nor Write Spanish Petitioner never went to School and when she came to SFF Hazleton She was to attend and receive her GED. Needless to say She had no one here who consistently worked with her and she quit going.

On January 8, 2016 Petitioner was going to "Pill Line" she fell on Black Ice. When she fell there were two officers who witnessed this event. No one helped her to her feet. At Pill Line she showed the Nurse her

(1)

Bloodied Knee and Complained about pain. After Limping to Pill Line she spoke with Ms Fletcher. Ms Fletcher told her to Return to her unit and fill out a "Cop Out" only with a Cop out and once again Returning to Pill Line would any one see her. Petitioner Returned to the Housing unit Bloodied, Limping and in pain and asked the officer to call medical to help her. The officer. Mr P stated that unless her intestines were hanging out it was not an Emergency. Petitioner After four (4) days in Severe Pain with the help of a Fellow Spanish Speaking Inmate (Interpretator) Returned to medical with a "Cop out" in hand. Petitioner was Seen- Knee badly Swollen and bruised was seen. They told her she would be seen by X-Ray and to buy over-the-Counter Pain medication. One month later Petitioner went for X-Rays. At that time they XRayed her Foot not the Knee nor Petitioner's hip. Petitioner is now Confined to use a wheel chair to go Anywhere on Compound. Someone has to push her to meals, laundry Commissary As well As "Pill Lines"

On March 16, 2020 Due to the National-International Pandemic Covid SFF Hazleton went into Lockdown. The women At SFF Hazleton were Handcuffed At their Doors and escorted to showers every three Days. Inmates were Locked Down Twenty four (24) Hours a day Seven (7) Days Per week with only 15 minute Showers.

(2)

ON June 13, 2020 while on Lock Down. Petitioner was told that she would not be cuffed in front. Petitioner was told that she had to face the wall opposite the cell door. The "Wicket" was open. She was to bend with arms behind her back. Inmate had a front cuff only from medical at this time. Inmate was given a direct order from Ms Compton. Inmate complied. Ms Compton cuffed one wrist and when she was unable to cuff the other wrist she forceably. Forced to the point that Petitioner's clavicle cracked to place the other wrist in cuffs. Petitioner screamed with pain. Everyone on the block heard the "blood curdling" scream of pain. Ms Compton then escorted Inmate to shower. Medical was not called. No incedent report was recorded. No one saw Petitioner for (5) five days. There is nothing in the chart to verify her being seen at this time.

    On 6/24/2020 13:10 for 20 minutes RN Hair saw Petitioner. See Exhibit 1

    On 6/24/2020 Assessment indicates fracture of clavicle. See Exhibit 2.

    On 6/30/2020 - Exam comment. Spanish Speaker 1/8 Blade fracture of clavicle. See Exhibit 3 and Exhibit 4

    The only evidence of an X-Ray is dated 9/10/2020. Impression - No definite Radiographic evidence of acute fracture or dislocation of clavicle. This X-Ray was taken 2 months after the excessive force. That Ms Compton did on Petitioner.

(3)

Today Petitioner complains about Right clavicle pain. Looking straight on Petitioners chest you can see the calcium deposit where the clavicle broke. Petitioner has never had physical therapy for her legs, hips and or right arm. Petitioner has loss of mobility Apathy unable to do Range of motion, propell her self. Loss of Enjoyment loss of Pleasure. Petitioner is in constant pain which starts a Domino effect with her Diabetes. Petitioner's health is Deteriorating as we speak.

    This petition is being filed under Prisoner's Rights Confinement Condition, Welfare medical treatment Cruel and Unusual treatment, Deliberate Indifference. Custody, Excessive force. Procedural Due Process Scope of Protection and under Section 1983 Actions

    Wherefore Petitioner hopes that this honorable Court Allow her motion to Proceed Due to the massive Lockdown At SFF Hazleton From March 16, 2020 up through February 20, 2021. Inmates at SFF Hazleton Did Not have Access to the Courts, Phones, Legal Assistance, Interpretors Wherefore petitioner Prays that this Court extends the time frame by one year.

    Respectfully Submitted

Austreberta Macedo FLORES

Interpretor Present

Michelle Legal Secretary

(4)

In the United States District Court
For the Northern District of West Virginia

MACEDO Flores Austroberta

vs

Bureau of Prisons et Al.

CASE #

## Certificate of Service

I, MACEDO Flores Austroberta certify that A copy of Petitioner's was Sent to Secure Facility Female Complex Warden as well as Assistant United States Attorney Jordan V Palmer. First Class Mail. 4/11/2023

United States Attorney Jordan V Palmer
US Attorney's Office
PO Box 591
1125 Chapline Street
Suite 3000
Wheeling W. V.
26003

Respectfully Submitted.
MACEDO Flores Austroberta